# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WOODBRIDGE GROUP OF COMPANIES, LLC *et al.*, <br><br> Remaining Debtors. | Chapter 11 <br><br> Case No. 17-12560 (BLS) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estate of WOODBRIDGE GROUP OF COMPANIES, LLC <br><br> Plaintiff, <br><br> v. <br><br> THOMAS FURMAN, <br><br> Defendant. | Adv. Proc. No.:  19-50299 (BLS) |

## SUBSTITUTION OF ATTORNEYS

The undersigned hereby consent to the substitution of Geoffrey G. Grivner, Esq. and Mark Pfeiffer, Esq., in place of Mary F. Caloway, as attorneys for Thomas Furman ("Defendant"), in the above-captioned Chapter 11 case.

| **WITHDRAWING:** | **APPEARING BY SUBSTITUTION:** |
|---|---|
| **BUCHANAN INGERSOLL & ROONEY PC** | **BUCHANAN INGERSOLL & ROONEY PC** |
| /s/ Mary F. Caloway <br> Mary F. Caloway (3059) <br> 919 N. Market Street, Suite 990 <br> Wilmington, DE 19801 <br> Tel: (302) 552-4200 <br> Email: mary.caloway@bipc.com <br><br> Attorneys for Thomas Furman <br><br> Dated:  October 6, 2020 | /s/ Geoffrey G. Grivner <br> Geoffrey G. Grivner (4711) <br> 919 N. Market Street, Suite 990 <br> Wilmington, DE 19801 <br> Tel: (302) 552-4200 <br> Email: Geoffrey.grivner@bipc.com <br><br> Mark Pfeiffer (*Pro Hac Vice Pending*) <br> 50 S. 16th Street, Suite 200 <br> Philadelphia, PA 19102 <br> Tel: (215) 665-8700 <br> Email: mark.pfeiffer@bipc.com |

Attorneys for Thomas Furman

Dated:  October 14, 2020

2

017297.01611/21501629v.1

**Certificate of Service**

I, Geoffrey Grivner, do hereby certify that on the 13th day of October, 2020, I caused a copy of the foregoing Substitution of Attorneys to be served upon interested parties via ECF notification.

Dated: October 14, 2020

BUCHANAN INGERSOLL & ROONEY PC

/s/ Geoffrey G. Grivner
Geoffrey G. Grivner (4711)
919 North Market Street, Suite 990
Wilmington, Delaware 19801
Telephone: (302) 552-4200
Facsimile: (302) 552-4295
Email: geoffrey.grivner@bipc.com
-and-

Mark Pfeiffer, Esq. (*Pro Hac Vice Pending*)
BUCHANAN INGERSOLL & ROONEY PC
50 S. 16th Street, Suite 200
Philadelphia, PA 19102
Telephone: (215) 665-8700
Facsimile: (215) 665-8760
Email: mark.pfeiffer@bipc.com

*Counsel to Thomas Furman*