**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| WOODBRIDGE GROUP OF COMPANIES, LLC *et al.*,<br><br>Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (BLS) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estate of WOODBRIDGE GROUP OF COMPANIES, LLC<br><br>Plaintiff,<br><br>v.<br><br>THOMAS FURMAN,<br><br>Defendant. | Adv. Proc. No.: 19-50299 (BLS) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Mark Pfeiffer, Esquire to represent Thomas Furman in this action.

/s/ Geoffrey G. Grivner
Geoffrey G. Grivner, Esquire (No. 4711)
BUCHANAN INGERSOLL & ROONEY PC
919 N. Market Street, Suite 990
Wilmington, DE 19801
Telephone: (302) 552-4200
Email: Geoffrey.grivner@bipc.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Pennsylvania Bar and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of District Court for District Court.

Dated: October 14, 2020

/s/ Mark Pfeiffer
Mark Pfeiffer, Esquire
BUCHANAN INGERSOLL &
ROONEY PC
50 S. 16th Street, Suite 200
Philadelphia, PA 19102
Telephone: (215) 665-8700
Facsimile: (215) 665-8760
Email: mark.pfeiffer@bipc.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel’s motion for admission pro hac vice is granted.