**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (BLS) |
| Remaining Debtors. | (Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*, | Adversary Proceeding Case No. 19- 50299 (BLS) |
| Plaintiff, | |
| v. | |
| Thomas Furman, | |
| Defendant. | |

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF OHIO              )
                                      ) ss
COUNTY OF FRANKLIN   )

I, Angela Chachoff, being duly sworn, depose and state:

1.      I am a Case Manager with Epiq Class Action & Claims Solutions, Inc.,[2] the claims and

noticing agent in the above-captioned proceeding.  Our business address is 5151 Blazer Parkway,

Suite A, Dublin, Ohio 43017.

---

[1]      The Remaining Debtors and the last four digits of their respective federal tax identification number are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

[2]      Epiq Class Action & Claims Solutions, Inc. acquired Garden City Group, LLC on June 15, 2018.

2.      On December 28, 2020, at the direction of Pachulski Stang Ziehl & Jones LLP, Counsel to

Plaintiff Michael Goldberg, in his capacity as Liquidating Trustee of the Woodbridge Liquidation

Trust, I caused a true and correct copy of the **Order Assigning Adversary Proceeding to**

**Mediation and Appointing Mediator** [Docket No. 42] to be served by first class mail on a party

identified on Exhibit A annexed hereto (Counsel to the Defendant with a failed e-mail address).


_/s/ Angela Chachoff_____
Angela Chachoff

Sworn to before me this
8th day of January, 2021
_/s/ Andrea R. Speelman_____
Andrea R. Speelman
Notary Public, State of Ohio
Commission Expires: March 21, 2024

# EXHIBIT A

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|------|----------|----------|----------|----------|------|-------|-----|
| BUCHANAN INGERSOLL & ROONEY PC | ATTN MARY F. CALOWAY, ESQ. | 919 N MARKET ST. SUITE 1500 | | | WILMINGTON | DE | 19801 |